Filed: 12/2/2015 2:33:24 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 8055212
By: Pamela Stines
12/2/2015 2:40:26 PM

# UNITED STATES DISCTRICT COURT

## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

12/4/2015 12:09:18 PM

CHRISTOPHER A. PRINE
Clerk

**JAMES KEITH WINGATE**
**PRO-SE  PLAINTIFF.**

CASE NO._____

**VS.**
**GALVESTON COUNTY COURT**
**AT LAW NO. 2**
**GALVESTON TEXAS**

**DEFENDANTS**

**RE: CASE NUMBER 15-FD-1440**

## EMERGENCY  AND EXPIDITED HEARING ON MOTION OF VIOLATION OF SIXTH AND FOURTEENTH AMENDEMENT RIGHTS  AND DUE PROCESS AS DEFINED BY FEDERAL AND STATE STATUES

## PARTIES

1 JAMES KEITH WINGATE 1612 COUNTRY MEADOWS LANE SANTA FE TEXAS 77517
DEFENDANT AND PLANTIFF IN CAUSE NUMBER 15-FD-1440

2.COUNTY COURT AT LAW NUMBER 2 GALVESTON TEXAS

3.JANA LANDRY ATTORNEY  SERVICE THROUGH  E -MAIL JANA LANDRY@PRODIGY.NET

4.KAREN S. WINGATE THROUGH ATTORNEY JANA LANDRY

## JURISDICTION

THE JURISDICTION IS CORRECT

## VENUE

THE VENUE IS CORRECT

## PLEADING

James Keith Wingate Pro-Se seeks immediate Relief from the assigned
Court Because he has been Denied Equal access and Due Process
His 6th and 14th ammendment rights  have been violated   Because:

1.  In a divorce filed on or about June 16th 2015
2.  Mr. wingate saw the first violation of Due process when a County Court Judge
    violated a Bankruptcy stay filed July 1 2015 Dominat Jurisdiction
    recognized by Presiding Judge  and Order issued July 1
    Asst. Judge in fact violated that stay on July 2nd  by allowing parties
    to take steal procur and hide personal and family items subject to
    protection  under section

3.  To Date  Mr. Wingate has had to file an advesary  two recusals of judges
    one motion for Mandamus with a notice to court of second to follow
    one motion on contempt one motion for emergency consideration
    one expidited motion because a malicious charge was filed against him
    while he was at his house by agreement by the efforts of Jana Landry
    And Karen S. Winagte  and had to post bond and suffer embarassment
    this expidited motion is still yet to be heard

4.  Mr. Wingate fears for his safety and liberty and the Judges and process
    as Defined has not only  failed but appears to be broken

### DUE PROCESS
As defined by Law guarantees me Equal access with no fear of bias or discrimination
no fear of loss of liberty or life no fear of false imprisonemnt or harassment
Not only should I be able to question these actions as My rights guarantee
But should not fear retalitory actions because I do  there have been Paperwork
Issues addressed Mz. Landry filed a Petition with the court and civil Process
documents showing the wrong address for service the pleadings as to discovery level
Are incorrect she has denied me any information related To Karen S. wingate
Im wondering what the next shoe will be dropped

### SUMMARY OF FACTS

 Plantiff in this action for emergency relief Requests an immediate hearing
 And offers to the court Oral argument for federal intervention because
 His civil rights have been ignored pro-se is not a legitimate term in this court
 He is afraid for his life and liberty the assistant judge has answered a recusal
 Motion that I didnt even file I have had to ask the Regional Judges son
 To Recuse himself to avoid Judge Bias being shown I have been arrested for
 Trespassing on the property I own          Oral argument Requested

## PRAYER

 James Keith Wingate seeks immediate relief in an action thats in abatement
A presiding Judge facing recusal the assistant Judge denying recusal on unflied
Motions after a Violation of a federal stay a motion for summary judgment
two motions of contempt one motion for harassment  one motion for expidited
Reconsideration  two recusal motions on presiding Judge one Advesary
and one Motion for Mandamus  all ive gotten is a Realization of what the
True definition of a want of Prosecution is Im Requesting an immediate
Order estopping any further action Pending investigation of this cause
and parties to this cause

                                       **Respectfully Submitted**

                                       **James Keith Wingate**

   **Notice of Service:** This motion for Expidited hearing  will be forwarded to the
district clerk Of  Galveston County with notice of this Leave to file  in Federal court in
accordance with Rules  and has been E filed with said court
on   December 2nd  2015   a true and correct copy will be sent to Jana Landry
through her e mail service at janalandry@prodigy.net  and Karen Wingate through counsel

   **Afadavit of Fact**  Now appears James Keith Wingate and swears all content in this
motion and all statements made are based on his best recollection of facts experienced
and any and all documents that may be requested or offered have been obtained from my
Personal Records or are the true and correct filings from my hand

   **Sworn December 2nd  2015**

                            **\s\  James Keith Wingate**

                             **James K Wingate**
                                  **Pro – Se**
                        **1612 country meadows ln**
                         **Santa Fe Texas 77517**
                          **409-457-5147**
                       **Kwing94030@aol.com**

## ORDER

**ON DECEMBER 2ND 2015 JAMES KEITH WINGATE APPEARED SEEKING HEARING ON MOTION FOR VIOLATION OF 6TH AND 14TH AMENDEMENT RIGHTS VIOLATIONS ON AN EXPIDITED EMERGENCY AND DENIAL OF DUE PROCESS AS GUARANTEED**

**PRESIDING JUDGE _____**

**GRANTS ORDER_____**

**DENYS ORDER_____**

_____

_____

\s\  James Keith Wingate

**James K Wingate**
**Pro – Se**
**1612 country meadows ln**
**Santa Fe Texas 77517**
**409-457-5147**
**Kwing94030@aol.com**